UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 21 2025

RECEIVED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.  25-5131
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arlo Garrison Bante
5000 Dartmouth Drive
Ste B-27
Fairbanks, AK 99709

9590 9402 7735 2152 7598 01

2. Article Number (Transfer from service label)
9589 0710 5270 2357 8591 09

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Arlo Bante   5/13/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 21 2025
RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RECEIVED
Mailroom
MAY 21 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia