# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Arlo Garrison Bante

v.

Lonnie G. Bunch, Secretary of the Smithsonian

**Case No:** 25-5131

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lonnie G. Bunch, Secretary of the Smithsonian

### Counsel Information

**Lead Counsel:** Kaitlin K. Eckrote, Assistant United States Attorney

**Direct Phone:** (202) 252-2485　**Fax:** ( )　**Email:** kaitlin.eckrote@usdoj.gov

**2nd Counsel:** Jane M. Lyons, Assistant United States Attorney

**Direct Phone:** (202) 252-2540　**Fax:** ( )　**Email:** jane.lyons@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( )　**Fax:** ( )　**Email:**

**Firm Name:** United States Attorney's Office for the District of Columbia

**Firm Address:** 601 D Street, NW, Washington, D.C. 20530

**Firm Phone:** (202) 252-2500　**Fax:** ( )　**Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)